**Order entered October 17, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00118-CV

**RMAX OPERATING, LLC, Appellant**

**V.**

**GAF MATERIALS CORPORATION OF AMERICA, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04125**

## ORDER

The reporter's record in this appeal was first due March 12, 2016. We have since extended the deadline three times at court reporter Vielica Dobbins's request. The reporter's record was due to be filed per the third extension on August 22, 2016. When the record was not filed by that date, appellant filed a motion to compel production of the reporter's record. We granted the motion to compel on September 23, 2016, ordered Ms. Dobbins to file the reporter's record no later than September 30, 2016, and cautioned Ms. Dobbins that failure to comply could result in an order she not sit until the record is filed.

To date, Ms. Dobbins has not filed the reporter's record and has not communicated with the Court regarding the status of the preparation of the record.

Accordingly, we **ORDER** Vielica Dobbins to file the reporter's record by **October 24, 2016**. No extensions will be granted absent a showing of extraordinary circumstances.

We further **ORDER** that Vielica Dobbins not sit as a court reporter in any capacity until she has filed the reporter's record in this appeal.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale B. Tillery, Presiding Judge of the 134th Judicial District Court, Vielica Dobbins, the Dallas County Auditor's office, and counsel for all parties.

/s/    CRAIG STODDART
       JUSTICE